**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 12, 2010**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. §§ 1114 & 1111** |
| **JOSE ISMAEL NAVA VILLAGRAN,** | : | **(Murder of Officer or Employee** |
| **also known as "Cacho"** | : | **of the United States)** |
| | : | |
| | : | **18 U.S.C. §§ 1114 & 1113** |
| **Defendant.** | : | **(Attempted Murder of an Officer** |
| | : | **or Employee of the United States)** |
| | : | |
| | : | **18 U.S.C. §§ 1116(a) & 1113** |
| | : | **(Attempted Murder of an** |
| | : | **Internationally Protected Person)** |
| | : | |
| | : | **18 U.S.C. §§ 924(c) & 924(j)(1)** |
| | : | **(Using, Carrying, Brandishing and** |
| | : | **Discharging a Firearm During and** |
| | : | **in Relation to a Crime of Violence** |
| | : | **Causing Death)** |
| | : | |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting and Causing** |
| | : | **an Act to Be Done)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 15, 2011, in the United Mexican States ("Mexico"), which is outside

the jurisdiction of any particular state or district of the United States, but within the extraterritorial

jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **JOSE ISMAEL NAVA VILLAGRAN**, also known as **"Cacho**," and others, known and unknown to the Grand Jury, did commit murder, as defined in Title 18, United States Code, Section 1111(a), by killing Immigration and Customs Enforcement ("ICE") Special Agent Jaime Zapata, an officer and employee of the United States and agencies in the executive branch of the United States Government, with malice aforethought, willfully, deliberately, maliciously, and with premeditation and during the perpetration of, and attempt to perpetrate, a robbery, while such officer and employee was engaged in and on account of the performance of his official duties.

(**Murder of an Officer or Employee of the United States**, in violation of Title 18, United States Code, Sections 1114 and 1111; **Aiding and Abetting and Causing an Act to Be Done**, in violation of Title 18, United States Code, Section 2)

## COUNT TWO

On or about February 15, 2011, in Mexico, which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **JOSE ISMAEL NAVA VILLAGRAN**, also known as **"Cacho**," and others, known and unknown to the Grand Jury, did attempt to commit murder, as defined in Title 18, United States Code, Section 1111(a), by attempting to kill ICE Special Agent Victor Avila, an officer and employee of the United States and agencies in the executive branch of the United States Government, with malice aforethought, willfully, deliberately, maliciously, and with premeditation and during the perpetration of, and attempt to perpetrate, a robbery, while such officer and employee was engaged in and on account

of the performance of his official duties.

(**Attempted Murder of an Officer or Employee of the United States**, in violation of Title 18, United States Code, Sections 1114 and 1113; **Aiding and Abetting and Causing an Act to Be Done**, in violation of Title 18, United States Code, Section 2)

## COUNT THREE

On or about February 15, 2011, in Mexico, which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **JOSE ISMAEL NAVA VILLAGRAN**, also known as **"Cacho**," and others, known and unknown to the Grand Jury, did attempt to commit murder, as defined in Title 18, United States Code, Section 1111(a), by attempting to kill ICE Special Agent Victor Avila, an internationally protected person, with malice aforethought, willfully, deliberately, maliciously, and with premeditation and during the perpetration of, and attempt to perpetrate, a robbery.

(**Attempted Murder of an Internationally Protected Person**, in violation of Title 18, United States Code, Sections 1116(a) and 1113; **Aiding and Abetting and Causing an Act to Be Done**, in violation of Title 18, United States Code, Section 2)

## COUNT FOUR

On or about February 15, 2011, in Mexico, which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **JOSE ISMAEL NAVA**

**VILLAGRAN**, also known as **"Cacho**," and others, known and unknown to the Grand Jury, did knowingly use, carry, brandish, and discharge firearms, to include at least one semiautomatic assault weapon, during and in relation to a crime of violence for which each of them may be prosecuted in a court of the United States, that is, in connection with the crime of murder of an officer and employee of the United States, as alleged in Count One of this Indictment, the crime of attempted murder of an officer and employee of the United States, as alleged in Count Two of this Indictment, and the crime of attempted murder of an internationally protected person, as alleged in Count Three of this Indictment, causing the death of ICE Special Agent Jaime Zapata, which killing was murder as defined in Title 18, United States Code, Section 1111(a).

(**Using, Carrying, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence Causing Death** in violation of Title 18, United States Code, Sections 924(c) and 924(j)(1); **Aiding and Abetting and Causing an Act to Be Done**, in violation of Title 18, United States Code, Section 2)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia

Assistant Attorney General, Criminal
Division, U.S. Department of Justice